# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JERMAIN D. LEWIS                                                                PLAINTIFF
ADC #161312

v.                                    No: 5:17-cv-00166 JM-PSH

ELIZABETH FRANKLIN, *et al.*                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Lewis' motion for summary judgment (Doc. No. 26) is DENIED without prejudice.

2. Defendants' motion for summary judgment (Doc. No. 20) is GRANTED, and Lewis' claims against Defendant Collins are dismissed without prejudice.

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE